UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES SIBLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-0351-HGB-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's Objections to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff's Objections to the Report and Recommendation are OVERRULED. (Rec. Doc. 17).

IT IS FURTHER ORDERED that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 15) is granted and the motion of the plaintiff, Charles Sibley, for summary judgment (Rec. doc. 12) is denied.

New Orleans, Louisiana, this 10th day of Feby, 2012.

_____
UNITED STATES DISTRICT JUDGE